# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF TEXAS

## MARSHALL DIVISION

| | | |
|---|---|---|
| **BRUCE N. SAFFRAN, M.D., Ph.D.,** | § | |
| | § | |
| *Plaintiff*, | § | **CIVIL ACTION NO. 2:09-CV-256-TJW** |
| | § | |
| **v.** | § | |
| | § | |
| **ABBOTT LABORATORIES,** | § | **JURY TRIAL DEMANDED** |
| | § | |
| *Defendant*. | § | |

## PLAINTIFF'S NOTICE OF DISCLOSURE

Bruce N. Saffran, M.D., Ph.D., plaintiff in the above-entitled and numbered civil action, certifies that he provided a technology tutorial to the Court, and opposing counsel on July 26, 2011.

Respectfully submitted,

Eric M. Albritton
Texas State Bar No. 00790215
ema@emafirm.com
Debra Coleman
Texas State Bar No. 24059595
drc@emafirm.com
ALBRITTON LAW FIRM
P.O. Box 2649
Longview, Texas 75606
Telephone: (903) 757-8449
Facsimile:  (903) 758-7397

Gary M. Hoffman
DC Bar No. 141481
HoffmanG@dicksteinshapiro.com
Paul R. Taskier
DC Bar No. 367713
TaskierP@dicksteinshapiro.com
James W. Brady, Jr.
DC Bar No. 434467
BradyJ@dicksteinshapiro.com
Jeremy A. Cubert
DC Bar No. 457792
CubertJ@dicksteinshapiro.com
Ryan H. Flax
DC Bar No. 474948
flaxr@dicksteinshapiro.com
DICKSTEIN SHAPIRO LLP
1825 Eye Street, N.W.
Washington, DC 20006-5403
Telephone:  (202) 420-2200
Facsimile:   (202) 420-2201

Danny L. Williams
Texas State Bar No. 21518050
danny@wmalaw.com
Matthew R. Rodgers
Texas State Bar No. 24041802
mrodgers@wmalaw.com
**WILLIAMS, MORGAN & AMERSON, P.C.**
10333 Richmond, Suite 1100
Houston, Texas 77042
Telephone: (713)934-4060
Facsimile: (713) 934-7011

*Counsel for Bruce N. Saffran, M.D., Ph.D*

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this notice was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).  Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email and/or fax, on this the 27th day of July 2011.

Eric M. Albritton