**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| BRUCE N. SAFFRAN, M.D., PH.D., *Plaintiff*, v. ABBOTT LABORATORIES *Defendants*. | Civil Action No. 2:09-cv-256-TJW-CE JURY TRIAL |

**ABBOTT LABORATORIES' NOTICE OF DISCLOSURE REGARDING TECHNOLOGY TUTORIAL**

Defendant Abbott Laboratories ("Abbott") hereby files this notice confirming that it provided its Technology Tutorial to the Court and all counsel of record on July 29, 2011.

Dated: July 29, 2011

Respectfully submitted,

By: */s/ Eric H. Findlay*
Eric H. Findlay
State Bar No. 00789886
FINDLAY CRAFT, LLP
6760 Old Jacksonville Hwy
Suite 101
Tyler, TX 75703
Telephone: (903) 534-1100
Facsimile: (908) 534-1137
efindlay@findlaycraft.com

Michael A. Morin
Kara F. Stoll
James R. Barney
Jason W. Melvin
Eric C. Jeschke
FINNEGAN, HENDERSON, FARABOW, GARRETT &
    DUNNER, LLP
901 New York Ave., NW
Washington, D.C. 20001-4413
Telephone: (202) 408-4000

michael.morin@finnegan.com
kara.stoll@finnegan.com
james.barney@finnegan.com
jason.melvin@finnegan.com
eric.jeschke@finnegan.com

*Attorneys for Defendant*
*Abbott Laboratories*

## CERTIFICATE OF SERVICE

I hereby certify that on July 29, 2011, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

/s/ Eric H. Findlay
Eric H. Findlay