**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| BRUCE N. SAFFRAN, M.D., Ph.D., <br> *Plaintiff,* <br> v. <br> ABBOTT LABORATORIES, <br> *Defendant.* | Civil Action No. 2:09-cv-00256-TJW <br><br> JURY TRIAL DEMANDED |

### ORDER

This matter came before the Court on the joint motion of Plaintiff Bruce N. Saffran, M.D.., Ph.D. ("Saffran") and Defendant Abbott Laboratories ("Abbott") for a stay of this action pending resolution of any appeal in *Bruce N. Saffran, M.D., Ph.D. v. Johnson & Johnson and Cordis Corp.* (2:07-CV-451(TJW) (the "Cordis Action").

IT IS HEREBY ORDERED that:

All proceedings in this action, including the Court's consideration of the parties' Claim Construction Briefs (Dkt. Nos. 76, 80, 84, and 86), are stayed until thirty (30) days after resolution of any appeal in the Cordis Action, either by dismissal or the issuance of a mandate by the Federal Circuit. All pending deadlines in this action (including but not limited to deadlines to respond to pending motions) shall be suspended during the period of this stay.

SIGNED this 2nd day of September, 2011.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE