IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| BRUCE N. SAFFRAN, M.D., Ph.D., <br><br> *Plaintiff,* <br><br> v. <br><br> ABBOTT LABORATORIES, <br><br> *Defendant.* | Civil Action No. 2:09-cv-00256-JRG-RSP <br><br> JURY TRIAL DEMANDED |

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a) and 41(c), plaintiff Bruce N. Saffran, M.D.., Ph.D. ("Saffran") and defendant Abbott Laboratories ("Abbott"), parties to the above referenced legal action, by and through their attorneys, jointly moved for an order approving their stipulation. After consideration of such motion, it is hereby GRANTED, and it is hereby ORDERED that:

1. All of Saffran's claims are dismissed with prejudice;

2. All of Abbott's counterclaims are dismissed without prejudice; and

2. Each party is to bear its own costs and attorney fees with respect to this legal action and the entry of this Stipulation and Order of Dismissal with Prejudice.

**SIGNED this 9th day of August, 2013.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE